# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2179

_____

United States of America

*Plaintiff - Appellee*

v.

Christopher Charles Mathis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: April 22, 2025
Filed: April 25, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Christopher Mathis received a 195-month prison sentence after he pleaded guilty to possessing a firearm as a felon. *See* 18 U.S.C. § 922(g)(1). An *Anders*

brief suggests the district court[1] should not have sentenced him under the Armed Career Criminal Act. *See id.* § 924(e); *Anders v. California*, 386 U.S. 738 (1967).

We conclude otherwise. *See United States v. Porter*, 409 F.3d 910, 917 (8th Cir. 2005) (describing the plain-error standard of review). The indictment charged Mathis with committing his prior offenses "on occasions different from one another," 18 U.S.C. § 924(e)(1), and he "freely admitted" doing so "in [his] guilty plea," *Erlinger v. United States*, 602 U.S. 821, 834 (2024). Once he did, there was no need to submit the different-occasions question to a jury. *See id.*

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.